**Opinion issued March 8, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00348-CV

————————————

**APR ENERGY HOLDINGS LTD., Appellant**

**V.**

**FORGE GROUP POWER PTY LTD., Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-46548**

---

## MEMORANDUM OPINION

APR Energy Holdings Ltd. has filed a motion to dismiss the appeal with prejudice. APR informs this Court that the parties have reached a settlement of the dispute. Accordingly, APR asks this Court to dismiss the appeal with prejudice and order each party to bear its own attorneys' fees and costs.

We grant the motion. Accordingly, pursuant to rule 42.1 of the Texas Rules of Appellate Procedure and without regard to the merits of this appeal, we dismiss this appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

**PER CURIAM**

Panel consists of Justices Jennings, Keyes, and Higley.